IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-CR-00114-2-BCW |
| ) | |
| JOSHUA HUDDLESTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Gaddy's Report and Recommendation (Doc. #72), recommending the Court enter an order finding Defendant Joshua Huddleston competent to stand trial. No objections were filed to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Gaddy's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #72), the Court finds Defendant is COMPETENT to stand trial. It is further

ORDERED Magistrate Judge Gaddy's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: May 8, 2023　　　　　　　　　　　　/s/ Brian C. Wimes
　　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT